BRADLEY FERTILIZER CO. v. SOUTH PUB. CO.

(City Court of New York, General Term. December 22, 1892.)

CITY COURT OF NEW YORK—JURISDICTION—FOREIGN CORPORATIONS.
  Where the transactions giving rise to an action all occur in the city of New York, the city court of New York has jurisdiction, though both parties may be foreign corporations.

Appeal from trial term.

Action by the Bradley Fertilizer Company against the South Publishing Company for goods sold and delivered. There was a judgment in plaintiff's favor, and defendant appeals. Affirmed.

For former reports, see 14 N. Y. Supp. 917, reversed by 17 N. Y. Supp. 587.

Argued before EHRLICH, C. J., and NEWBURGER, J.

Herbert H. Gibbs, for appellant.
George Walton Green, for respondent.

NEWBURGER, J. There are but two questions raised on this appeal: First, did the defendant at time of the sale and delivery of the goods by plaintiff exist as a corporation? and, second, were both parties foreign corporations?

The first question was properly submitted to the jury by the trial justice, and no exception thereto was taken.

As to the second question, the evidence clearly shows the defendant transacted its business with plaintiff in the city of New York, and therefore the trial justice properly denied the motion for a nonsuit. There are no exceptions in the case that will warrant us in disturbing the judgment.    Judgment affirmed, with costs.